UNITED STATES DISTRICT COURT



FILED

JAN 3 0 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

VICENTE TROY HUNT,                          )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )       Civil Action No. 19-3600 (UNA)
                                            )
JUDGE,                                      )
                                            )
            Defendant.                      )

## MEMORANDUM OPINION

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by

*pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted

by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however,

must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239

(D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint

contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a

short and plain statement of the claim showing that the pleader is entitled to relief, and a demand

for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum

standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that

they can prepare a responsive answer, prepare an adequate defense, and determine whether the

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint alludes to the United States and leaders of foreign countries including

Mexico, Venezuela, China, and Russia. No defendant reasonably could be expected to identify a

viable legal claim or prepare a proper response to the complaint, however. As drafted, plaintiff's

*pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).

Therefore, the Court will grant the application to proceed *in forma pauperis* and will dismiss the

complaint without prejudice. An Order consistent with this Memorandum Opinion is issued

separately.


DATE: January _**29**_, 2020

_____
AMIT P. MEHTA
United States District Judge